# Court of Appeals
# of the State of Georgia

ATLANTA,  April 11, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0018.  MAYO v. GEORGIA DEPARTMENT OF HUMAN SERVICES,
EX REL., DECLAN SMITH.**

We granted Austin Lukas Mayo's application for discretionary appeal to review a child support order entered by the Superior Court of Houston County awarding Shateria Smith $977 per month in child support. Upon careful review of the entire record in this case, we conclude that the application for discretionary appeal was improvidently granted, and it is therefore ordered that this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/11/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen _____ *, Clerk.*